# United States District Court
## Northern District of New York
### CIVIL JUDGMENT

William Cruz Santana,

       Plaintiff,

                                    Case Number: 104cv1390

    -v-                                              (VEB)

Jo Anne B. Barnhart,
Commissioner, Commissioner of
Social Security,

       Defendant.

    [X]  Decision by Court.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED,** that the defendant's motion for Judgment on the Pleadings is granted, and it is further

    **ORDERED AND ADJUDGED,** that the Plaintiff's Motion for Judgment on the Pleadings is denied.

    All of the above pursuant to an Order of the United States District Court Judge, Victor E. Bianchini, dated November 10, 2008.

Dated: November 10, 2008        Lawrence K. Baerman, Clerk

                                                                    s/

                                             Marie N. Marra, Deputy Clerk